## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| SEAN J. FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cv-00242-NT |
| | ) | |
| WALDO COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 4, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 14) on the Defendants' motion to dismiss (ECF No. 9). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Defendants' motion to dismiss (ECF No. 9) is **GRANTED** and the Plaintiff's complaint (ECF No. 1) is **DISMISSED** with prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of April, 2025.